# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 4:19-CR-00022-CDL-MSH-1 |
| MICHAEL STEPHENS | |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE AND TRIAL

Defendant *Michael Stephens* has moved the Court to continue the pre-trial conference of his case, presently scheduled for August 19, 2019, and to continue the trial of this case to the January, 2020 trial term. The Government does not oppose this motion. Defendant was arraigned on July 17, 2019, and is currently in custody. Additional time is needed for pretrial investigation, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 22] is **GRANTED**, and it is hereby ordered that this case shall be continued to the **January 2020** trial term. The pretrial conference presently scheduled is accordingly canceled, and the case will be rescheduled for pretrial conference prior to the January 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **9th** day of **August, 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT